**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ELORAC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-cv-11522 |
| | ) | |
| v. | ) | Judge Milton I. Shadur |
| | ) | |
| RICK HENSON; KMM PHARMACEUTICALS, | ) | |
| LLC; STAYMA CONSULTING SERVICES, | ) | |
| LLC; and BIOCOMP PHARMA, INC., | ) | **Jury Trial Demanded** |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, Elorac, Inc. ("Elorac"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 65(a), moves for a preliminary injunction against Defendants, Rick Henson, KMM Pharmaceuticals, LLC, Stayma Consulting Services, LLC, and BioComp Pharma, Inc. (collectively, "Defendants").

The grounds for this Motion are set forth in detail in the Memorandum of Support, which is submitted herewith and which Elorac incorporates as if set forth fully herein.

WHEREFORE, Elorac respectfully requests that this Court grant this Motion and issue a preliminary injunction against Defendants as follows:

(1) requiring Defendants, and all persons acting in concert or privity with them, to recall all falsely labelled and marketed versions of the KMM Product;

(2) enjoining Defendants, their agents, representatives, assigns, employees, owners, and members, and all persons acting in concert or privity with them, from representing in any way, to any person or entity, including by its label, that the KMM Product is a generic equivalent to UltraSal-ER, or has extended-release or virucidal qualities;

(3) ordering Defendants to submit corrective advertising and publication, including to First DataBank, Inc., and other drug database companies, wholesalers, and pharmacies, advising that the KMM Product does not have extended-release or virucidal properties and is not a generic equivalent to UltraSal-ER; and

(4) granting such other relief that the Court may deem appropriate.

Dated: February 22, 2017

Respectfully Submitted,

**ELORAC, INC.**

By: /s/ Christine E. Skoczylas
*One of Its Attorneys*

William M. McErlean (#3122871)
Christine E. Skoczylas (#6293811)
R. Joseph Kave (#6303660)
BARNES & THORNBURG, LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
tel: (312) 357-1313
fax: (312) 759-5646
william.mcerlean@btlaw.com
joseph.kave@btlaw.com
christine.skoczylas@btlaw.com

*Attorneys for Plaintiff Elorac, Inc.*

# CERTIFICATE OF SERVICE

I, Christine E. Skoczylas, an attorney, certify that a copy of the foregoing **Plaintiff's Motion for Preliminary Injunction** was filed electronically and was served upon the following by CM/ECF on this 22nd day of February, 2017:

Amy M. Kunzer - *amkunzer@tribler.com*

Joshua Tropper - *jtropper@bakerdonelson.com*

Dawn Payne - *dpayne@bakerdonelson.com*

Mitchell Alan Orpett - *maorpett@tribler.com*

Robert G. Brazier - *rbrazier@bakerdonelson.com*

And via email to:

Lee Cusenbary (for Biocomp Pharma, Inc.) -*lee.cusenbary@missionpharmacal.com*

By: /s/ Christine E. Skoczylas